UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **MARK SUESZ, on behalf of plaintiff and a class,** | ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) CAUSE NO. 1:12-cv-1517-WTL-MJD ) |
| **MED-1 SOLUTIONS, LLC,** | ) ) |
| **Defendant.** | ) |

**ORDER CERTIFYING CONSTITUTIONAL CHALLENGE TO FEDERAL STATUTE**

Pursuant to Rule 5.1(b) of the Federal Rules of Civil Procedure and 28 U.S.C. §2403, you are hereby notified that the Defendant in this case has asserted an affirmative defense challenging the constitutionality of 15 U.S.C.§1692i.  The United States will be permitted to intervene in this case to respond to the constitutional challenge asserted, should it wish to do so, upon proper motion filed with the Court within sixty days of the date of this Order.

SO ORDERED: 12/19/14

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification

**Copy by United States Mail to:**

**Josh Minkler**
**U.S. Attorney for the Southern District of Indiana**
**United States Attorney's Office**
**10 W Market St, Suite 2100**
**Indianapolis, IN 46204**

**Eric H. Holder**
**U.S. Attorney General**
**U.S. Department of Justice**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530-0001**